**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Saladworks, LLC, | : | Case No. 15-10327 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Sovran LLC,** Attn: Ramin Katirai, 5003 Overlea Ct., Bethesda, MD 20816, Phone: 301-320-1250

2. **Eight Tower Bridge Development Associates**, Attn: Helen Ignas, Two Tower Bridge #450 One Fayette St., Conshohocken, PA 19428 Phone: 610-834-3185, Fax 610-834-2011

3. **Michael Bartell**, 2867 Mill Rd., Doylestown, PA 18902, Phone: 215-534-2865


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 26, 2015

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Counsel:  Adam Landis, Esquire, Phone: (302) 467-4410, Fax: (302) 467-4450