UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SALADWORKS, LLC, | ) | Case No. 15-10327 (LSS) |
| | ) | |
| Debtor.[1] | ) | Chapter 11 |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that undersigned counsel hereby enters their appearance as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of all notices and pleadings given or required to be given or filed in this case (the "Chapter 11 Case") be served upon the undersigned counsel at the address, facsimile number, or electronic mail addresses set forth below:

> Richard M. Beck, Esquire
> Sally E. Veghte, Esquire
> Klehr Harrison Harvey Branzburg LLP
> 919 Market Street, Suite 1000
> Wilmington, Delaware 19801
> Telephone: 302-426-1189
> Facsimile: 302-426-9193
> Email: rbeck@klehr.com
> sveghte@klehr.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request in this Chapter 11 Case, whether formal

---

[1] The last four digits of the Debtor's tax identification number, are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

PHIL1 4325968v.1

or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), or made with regard to the Chapter 11 Case and proceedings therein which affects the Debtor, or property of the Debtor, or the Committee.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit filed in this Chapter 11 Case is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby consents to e-mail service as may be given in this case.

Dated: March 2, 2015

KLEHR HARRISON HARVEY
BRANZBURG LLP

By: */s/ Richard M. Beck*
Richard M. Beck (DE Id No. 3370)
Sally E. Veghte (DE Id No. 4762)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: rbeck@klehr.com
sveghte@klehr.com

*Proposed Counsel to the Official Committee Of Unsecured Creditors*

-2-