IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALADWORKS, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | |

NOTICE OF AGENDA OF MATTER SCHEDULED
FOR TELEPHONIC HEARING ON APRIL 7, 2015 AT 2:30 P.M.[2]
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN

## MATTER GOING FORWARD

1. Debtor's Expedited Motion for Entry of an Order Extending the Stalking Horse and Bid Deadlines [Docket No. 144; Filed on 4/1/15].

    Response Deadline:   On or prior to the hearing.

    Responses Received: None.

    Related Documents:

    A. Motion of the Debtor Pursuant to Local Rule 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider Debtor's Expedited Motion for Entry of an Order Extending the Stalking Horse and Bid Deadlines [Docket No. 145; Filed on 4/1/15].

    B. Order Granting Motion of the Debtor Pursuant to Local Rule 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider Debtor's Expedited Motion for Entry of an Order Extending the Stalking Horse and Bid Deadlines [Docket No. 147; Entered on 4/2/15].

    C. Notice of Hearing Regarding Debtor's Expedited Motion for Entry of an Order Extending the Stalking Horse and Bid Deadlines [Docket No. 148; Filed on 4/2/15].

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1045.002-W0035558.}

<u>Status</u>:  This matter will go forward.

Dated:  April 3, 2015
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      brown@lrclaw.com

*Proposed Counsel to the Debtor and Debtor-In-Possession*