# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SALADWORKS, LLC | | |
| **Case Number:** | 15-10327-LSS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 07, 2015 02:30 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

MOTION TO APPROVE ENTRY OF AN ORDER EXTENDING THE STALKING HORSE AND BID DEADLINES

**R / M #:**   149 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Approved - Scheduling order due