# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALADWORKS, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10327 (LSS)<br><br>Ref. Nos. 14, 103 and 144, 153 |

## ORDER EXTENDING THE STALKING HORSE AND BID DEADLINES

Upon the *Debtor's Expedited Motion for Entry of an Order Extending the Stalking Horse and Bid Deadlines* (the "Motion")[2]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is in the best interests of the Debtor's estate; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Stalking Horse Bid Deadline is extended to and through **April 22, 2015**; and it is further

ORDERED that the Stalking Horse Selection Deadline is extended to and through **April 24, 2015**; and it is further

ORDERED that the Bid Deadline is extended to and through **May 22, 2015 at 5:00 p.m.**;

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{1045.002-W0035462.2}

and it is further

ORDERED that the Auction now shall be held on **May 27, 2015** at 9:00 a.m. (Eastern Time); and it is further

ORDERED that the Sale Hearing now shall be held on **May 28, 2015** at 10:00 a.m. (Eastern Time); and it is further

ORDERED that the Sale Objection Deadline shall be seven (7) days prior to the Sale Hearing; and it is further

ORDERED that nothing herein shall otherwise modify the Procedures Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtor's right to seek further extensions of any of the deadlines or dates contained within the Procedures Order; and it is further

ORDERED that the Debtor and its authorized representatives are authorized and empowered to take any and all actions necessary to implement the terms of this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED, that the Court shall retain jurisdiction over any matter or dispute arising from or related to the implementation of this Order.

Date: April 9, 2015
      Wilmington, Delaware

*[signature]*
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge