IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALADWORKS, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10327 (LSS)<br><br>Ref Nos. 140, 160 and 165 |

## ORDER GRANTING MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO IMPLEMENT KEY EMPLOYEE INCENTIVE PLAN

Upon the *Motion of the Debtor for Entry of an Order Authorizing Implementation of Key Employee Incentive Plan* (the "Motion")[2] and upon the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is in the best interests of the Debtor's estates; and sufficient cause appearing therefor;

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed to them in the Motion.

{1045.002-W0035750.2}

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor is hereby authorized to implement the KEIP, subject to the following modifications and clarifications:

   a. The benchmarks and percentage of Incentive Earned are modified to include the dates set forth in bold and italics below:

| BENCHMARKS IF TRANSACTION IS A SALE | |
|---|---|
| **Sale Milestones** | **Percentage of Incentive Earned** |
| An agreement is executed with a stalking horse bidder. | 25% |
| The closing of a sale transaction. | 25% |
| The Debtor files a plan *on or before July 15, 2015*. | 25% |
| The plan is confirmed *on or before November 1, 2015*. | 25% |

| BENCHMARKS IF TRANSACTION IS A RECAPITALIZATION | |
|---|---|
| **Recapitalization Milestones** | **Percentage of Incentive Earned** |
| The plan proponent signs a binding letter of intent. | 25% |
| The plan is confirmed *on or before November 1, 2015*. | 25% |
| The plan goes effective *on or before December 31, 2015*. | 50% |

   b. notwithstanding anything to the contrary set forth in the Motion, no Incentive shall be paid to any of the Key Employees unless the Debtor's estate receives at least $10 million in proceeds as the result of a Transaction;

   c. for the avoidance of doubt, a Key Employee shall be entitled to his or her Incentive regardless of whether he or she is employed by the Debtor at the time of any of the aforementioned benchmarks; provided, however, that such Key Employee shall not have (i) been terminated by the Debtor for Cause or (ii) voluntarily resigned prior to such benchmark date; and

   d. notwithstanding anything to the contrary set forth in the Motion, nothing provided for in this Order or in the KEIP shall serve as an assurance of any Key Employee's continued employment by the Debtor through the Effective Date of a plan.

3. The Debtor is hereby authorized to fund the KEIP in its entirety and make payments thereunder in accordance with the terms of this Order.

4. All amounts earned and payable under the KEIP shall have administrative expense priority under Bankruptcy Code sections 503(a) and 507(a)(2) for all purposes in this Chapter 11 Case and in any other cases under the Bankruptcy Code to which such cases may be converted.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 21, 2015
Wilmington, Delaware

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge