IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALADWORKS, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON APRIL 30, 2015 AT 4:00 P.M.[2]
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

**MATTER GOING FORWARD**

1. Debtor's Motion for Entry of an Order Approving Selection of Stalking Horse, Bid Protections and the Form of Asset Purchase Agreement [Docket No. 183; Filed on 4/23/15].

   Response Deadline: Prior to or at the hearing.

   Responses Received: None to date.

   Related Documents: None.

   Status: This matter will go forward.

Dated: April 28, 2015
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com

*Counsel to the Debtor and Debtor-In-Possession*

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1045.002-W0035950.}