# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | SALADWORKS, LLC |
| **Case Number:** | 15-10327-LSS             **Chapter:**  11 |
| **Date / Time / Room:** | THURSDAY, APRIL 30, 2015 04:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

### *Matter:*

Debtor's Motion for Entry of an Order Approving Selection of Stalking Horse, Bid Protections and the Form of Asset Purchase Agreement

**R / M #:**   191 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Approved - Revised Order due