## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALADWORKS, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | |
| | Ref. Nos. 14, 103 and 154 |

## NOTICE OF BID DEADLINES, AUCTION, AND SALE HEARING IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS[2]

NOTICE IS HEREBY GIVEN, as follows:

1.     On February 17, 2015, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a motion (the "Procedures Motion") in connection with the solicitation and consideration of competing offers for the Debtor's Assets and/or equity (the "Transaction") [Docket No. 14] (the "Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), requesting approval of, among other things: (i) stalking horse procedures (the "Stalking Horse Procedures") and bidding procedures relating to the Transaction (the "Bidding Procedures"), (ii) procedures to determine cure amounts and deadlines for objections to certain contracts and leases that may be assumed and assigned (the "Contract Procedures"), (iii) the date, time and place for a sale hearing, and for objections to the sale and related relief.  At the hearing held on March 11, 2015, the Bankruptcy Court considered the Stalking Horse Procedures, the Bidding Procedures and the Contract Procedures and entered an order approving the same [Docket No. 103] (the "Procedures Order").  On April 9, 2015, the Court entered an order extending certain deadlines contained in the Procedures Order [Docket No. 154], including the Bid Deadline, the Auction and the Sale Hearing as set forth below.

2.     Any party interested in pursuing a Transaction must submit a Bid prior to **5:00 p.m., prevailing Eastern Time on May 22, 2015** (the "Bid Deadline").  Interested bidders are encouraged to review the Bidding Procedures attached to the Procedures Order carefully and, for further information, are invited to contact the Debtor's investment banker, SSG Advisors, LLC ("SSG"), 300 Barr Harbor Drive, Conshohocken, Pennsylvania 19428, Attn: J. Scott Victor (e-mail: jsvictor@ssgca.com).

3.     Consistent with the Procedures Order, if more than one Qualified Bid is received by the Debtor, aside from the Stalking Horse Bid, an auction for the Transaction will be conducted on May 27, 2015 at 9:00 a.m., prevailing Eastern Time (the "Auction") with respect to

---

[1] The last four digits of the Debtor's tax identification number are (7282).  The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

[2] This Notice is subject to the full terms and conditions of the Procedures Motion, the Procedures Order and the Bidding Procedures, which shall control in the event of any conflict.  The Debtor encourages parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

such Qualified Bids in order to determine the highest and best Bid (the "Prevailing Bid"). The Auction shall be organized by the Debtor's counsel, Landis Rath & Cobb LLP, and conducted at 800 N. King Street, Plaza Level, Wilmington, Delaware 19801 or such other location as may be announced prior to the Auction to all Qualified Bidders, the U.S. Trustee, and the Creditors' Committee. The Auction will be recorded by stenographic means by an authorized court reporter. If only the Stalking Horse Purchaser's Transaction Agreement is received by the Bid Deadline, the Auction will be deemed canceled and the Stalking Horse Purchaser's Transaction Agreement will be deemed the Prevailing Bid, and the Debtor will seek authority to consummate the Transaction as contemplated therein. Only Qualified Bidders, the Debtor, its professionals, the Creditors' Committee, and their respective professionals, and/or authorized representative, or creditors and their respective professionals may attend the Auction, the time and place of which may change with notice. Any other person wishing to attend the Auction may do so by contacting, no later than three (3) business days prior to the start of the Auction, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly Brown (e-mail: brown@lrclaw.com).

4.      The Sale Hearing to consider whether to approve the Prevailing Bid and the Back-Up Bid (the "Sale Hearing") shall be held before the Court on May 28, 2015, at 10:00 a.m. prevailing Eastern Time. The Sale Hearing will be held before the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, courtroom #2, Wilmington, Delaware 19801. The Sale Hearing may be adjourned, from time-to-time, without further notice to creditors or parties in interest other than by announcement of the adjournment in open court or on the Court's docket.

5.      At the Sale Hearing, the Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case, and the Debtor, subject to the terms of the Prevailing Bidder's Transaction Agreement,  may seek entry of an order which provides, except with respect to any assumed liabilities, all persons and entities, including, but not limited to, all debt security holders, equity security holders, governmental, tax and regulatory authorities, lenders, trade creditors, litigation claimants and other creditors, holding liens, claims, encumbrances or interests of any kind or nature whatsoever against or in all or any portion of the Assets (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, liquidated or unliquidated or subordinated), arising under or out of, in connection with, or in any way related to the Debtor, the Assets or the operation of the Debtor's business prior to the closing date of the sale, are forever barred, estopped and permanently enjoined from asserting, against the Prevailing Bidder(s), their property or the applicable Assets, such person's or entities liens, claims, encumbrances or interests in and to the applicable Assets.

6.      The Debtor proposes that, to be timely and otherwise eligible for consideration by the Court, objections to the approval of the Prevailing Bidder's Transaction Agreement – other than an objection to the proposed assumption and assignment of Potential Designated Contracts or to any proposed Cure Costs including, but not limited to, the sale of the Assets and/or equity free and clear of Claims pursuant to Bankruptcy Code section 363(f) for all parties in interest must: (a) be in writing; (b) clearly specify the grounds for the objection; (c) conform to the Bankruptcy Rules and the Local Rules; and (d) be filed with the Court and served so as to be received by the following parties (collectively, the "Objection Notice Parties") by no later than

**4:00 p.m. (ET) on May 21, 2015 at 4:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"): (i) counsel to the Debtor, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington Delaware 19801 (Attn: Adam G. Landis, Esq. and Kerri K. Mumford, Esq.); (ii) counsel to the Committee, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 (Attn: Richard M. Beck, Esq.); and (iv) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq.).

7.     The Sale Order, if approved, may authorize the assumption by the Debtor and assignment to the Prevailing Bidder of various executory contracts and unexpired leases that are the property of the Debtor (collectively, the "Assumed Contracts"). The Court has approved certain procedures (the "Contract Procedures") that govern the assumption and assignment of Assumed Contracts. The Contract Procedures are set forth in detail in the Procedures Motion and were approved pursuant to the Procedures Order.

8.     The Debtor has reserved its rights to modify the Bidding Procedures as necessary, including, without limitation, any deadlines thereunder, if such modification is determined by the Debtor, in consultation with any official committees appointed in this Chapter 11 Case, after or as it deems appropriate to maximize value for the Debtor's estate and creditors. In addition, the Debtor reserves its right to withdraw any or all Assets from the proposed Transaction at any time prior to the Court's approval of such sale.

9.     You may obtain a copy of the Procedures Motion, the Procedures Order, including all exhibits thereto, free of charge by accessing the website maintained by the Debtor's claims and noticing agent, UpShot Services, LLC, at www.upshotservices.com/SaladWorks (the "Case Website"). Alternatively, you may obtain copies of these documents by sending a written request to the Debtor's undersigned counsel. Please note that the Case Website is updated regularly and provides access to all pleadings in the Debtor's Chapter 11 Case.

Dated: May 7, 2015
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      brown@lrclaw.com

*Counsel to the Debtor*
*and Debtor-in-Possession*