# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALADWORKS, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Ethan W. Draper, depose and say that I am employed by UpShot Services LLC ("UpShot"), the claims & noticing agent for the Debtor in the above-captioned case.

On May 8, 2015, at my direction and under my supervision, employees of UpShot caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Debtor's Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Fixing of Cure Amounts** (Docket No. 182)

Dated: May 8, 2015

_____
Ethan W. Draper

State of Colorado )
                 ) SS.
Country of Denver )

Subscribed and sworn before me (or affirmed before me) this 8th day of May 2015 by Ethan W. Draper.

_____
(Notary's official signature)

```
NANCY MAE AU-YANG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134042399
MY COMMISSION EXPIRES JULY 11, 2017
```

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

# **<u>Exhibit A</u>**

**Exhibit A**

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 24 CARROT, INC. | 2581 PIEDMONT RD NE | | ATLANTA | GA | 30324-3023 |
| ACE GROUP | 3 COUNTRY VIEW ROAD | | MALVERN | PA | 19355 |
| ACE GROUP | 1133 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| CJ2 MOBILE, LLC | 988 LITITZ PIKE | | LITITZ | PA | 17543 |
| COMCAST | ATTN: DIRECTOR OF BUSINESS CUSTOMER OPTIONS | 1701 JFK BOULEVARD | PHILADELPHIA | PA | 19103 |
| GLOBAL TASTY FOOD LLC | 18 NOTTINGHAM CT. | | NANUET | NY | 10954 |
| POSTERLOID  ATTN:  PRESIDENT | 48-62 36th STREET | | LONG ISLAND CITY | NY | 11101 |
| ROMAINE, INC. | 2026 STERLING AVENUE | | ELKHART | IN | 46516 |
| TRI-M COMMUNICATIONS, INC. | 275 KENNETH DRIVE, SUITE 100 | | SANTA BARBARA | CA | 93111 |