IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SALADWORKS, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10327 (LSS)<br><br>Ref Nos. 103 and 154 |

## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE,** that on March 11, 2015, the Court entered the *Order (I) Approving Stalking Horse Procedures and Bidding Procedures in Connection with a Transaction By Public Auction; (II) Scheduling a Hearing to Consider the Transaction; (III) Approving the Form and Manner of Notice Thereof and (IV) Approving Contract Procedures* (the "Bid Procedures Order")[2] [Docket No. 103].

**PLEASE TAKE NOTICE,** that on April 9, 2015, the Court entered the *Order Extending the Stalking Horse and Bid Deadlines* [Docket No. 154].

**PLEASE TAKE NOTICE,** that the Debtor did not receive any Qualified Bids, other than the Stalking Horse Agreement, by the Bid Deadline.

**[Remainder of Page Intentionally Left Blank]**

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Bid Procedures Order.

{1045.002-W0036739.}

**PLEASE TAKE NOTICE**, that pursuant to the Bid Procedures Order the Auction scheduled for May 27, 2015 at 9:00 a.m. (ET) in the above-captioned case is hereby cancelled.

Dated: May 26, 2015
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      brown@lrclaw.com

*Counsel to the Debtor
and Debtor-In-Possession*

{1045.002-W0036739.}