## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALADWORKS, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Travis K. Vandell, depose and say that I am employed by UpShot Services LLC ("UpShot"), the claims & noticing agent for the Debtor in the above-captioned case.

On May 27, 2015, at my direction and under my supervision, employees of UpShot caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection** (Docket No. 266)

- **Order Granting the Motion to Extend the Time Period Within Which the Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure** (Docket No. 272)

Dated: May 27, 2015

_____
Travis K. Vandell

| | |
|---|---|
| State of Colorado | ) |
| | ) SS. |
| Country of Denver | ) |

Subscribed and sworn before me (or affirmed before me) this 27th day of May 2015 by Travis K. Vandell.

_____
(Notary's official signature)

```
NANCY MAE VANDELL
NOTARY PUBLIC - STATE OF COLORADO
My Identification # 20134042399
Expires July 11, 2017
```

---

[1]     The last four digits of the Debtor's tax identification number are (7282).  The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA  19428.

# **<u>Exhibit A</u>**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| BLF PARTNERS, LLC | C/O SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON. ESQ. | 123 SOUTH BROAD STREET, SUITE 2100 | | PHILADELPHIA | PA | 19109 |
| CALIFORNIA COMMISSIONER OF BUSINESS OVERSIGHT | DEPARTMENT OF BUSINESS OVERSIGHT | 320 WEST 4TH STREET, SUITE 750 | | | LOS ANGELES | CA | 90013 |
| CAMBRIDGESIDE GALLERIA ASSOCIATES TRUST F/K/A RIVERSIDE GALLERIA ASSOCIATES TRUST | C/O MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY | 100 FRONT ST | | WORCESTER | MA | 01608-1477 |
| CAMBRIDGESIDE GALLERIA TRUST ASSOCIATES | C/O SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM H. HAZELTINE, ESQ. | 901 N. MARKET STREET, SUITE 1300 | | WILMINGTON | DE | 19801 |
| CAMBRIDGESIDE GALLERIA ASSOCIATES TRUST F/K/A RIVERSIDE GALLERIA ASSOCIATES TRUST | C/O MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY | 100 FRONT ST. | | WORCESTER | MA | 01608-1477 |
| CLERK OF STATE CORPORATION COMMISSION | 1300 EAST MAIN STREET, 1ST FLOOR | | | | RICHMOND | VA | 23219 |
| COMMISSIONER OF SECURITIES OF THE STATE OF HAWAII | BUSINESS REGISTRATION DIVISION | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | 335 MERCHANT STREET, ROOM 203 | | HONOLULU | HI | 96813 |
| COMMONWEALTH OF PENNSYLVANIA | BWC LEGAL DIVISION | 1171 S. CAMERON ST., ROOM 327 | | | HARRISBURG | PA | 17104 |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O KLEHR HARRISON HARVEY BRANSBURG LLP | ATTN: RICHARD M. BECK & SALLY E. VEGHTE | 919 MARKET ST., SUITE 1000 | | WILMINGTON | DE | 19801 |
| DAIMLER TRUST | C/O BK SERVICING, LLC | PO BOX 131265 | | | ROSEVILLE | MN | 55113-0011 |
| DDRM CROSSROADS PLAZA | ATTN: ERIC C. COTTON, ESQ | 3300 ENTERPRISE PARKWAY | PO BOX 228042 | | BEACHWOOD | OH | 44122 |
| DELAWARE DEPT. OF JUSTICE | ATTN: BANKRUPTCY DEPT | 820 N. FRENCH ST., 6TH FLOOR | | | WILMINGTON | DE | 19801 |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH A. FRAMPTON, BANKRUPTCY ADMINISTRATOR | 820 N. FRENCH ST. | CSOB 8TH FLOOR | | WILMINGTON | DE | 19801 |
| DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | | DOVER | DE | 19903 |
| DELAWARE SECRETARY OF THE TREASURY | PO BOX 898 | | | | DOVER | DE | 19903 |
| DELAWARE SECRETARY OF THE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 | | | | DOVER | DE | 19904 |
| DEPARTMENT OF LABOR AND REGULATION | DIRECTOR OF SOUTH DAKOTA DIVISION OF SECURITIES | 124 SOUTH EUCLID SUITE 104 | | | PIERRE | SD | 57501 |
| DIRECTOR OF RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION | DIVISION OF SECURITIES | 1511 PONTIAC AVENUE, BUILDING 69-1 | | | CRANSTON | RI | 02920 |
| DIRECTOR OF WASHINGTON FINANCIAL INSTITUTIONS | DEPARTMENT OF FINANCIAL INSTITUTIONS | SECURITIES DIVISION | P.O. BOX 9033 | | OLYMPIA | WA | 98507-9033 |
| DRESHERTOWN PLAZA, L.P. | C/O SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQ | 123 SOUTH BROAD STREET, SUITE 2100 | | PHILADELPHIA | PA | 19109 |
| FEDERAL REALTY INVESTMENT TRUST | C/O BALLARD SPAHR LLP | ATTN: DAVID L. POLLACK, ESQ. | 1735 MARKET STREET | 51ST FLOOR - MELLON BANK CENTER | PHILADELPHIA | PA | 19103 |
| FEDERAL REALTY INVESTMENT TRUST | C/O BALLARD SPAHR LLP | ATTN: MATTHEW SUMMERS, ESQ. AND LESLIE HEILMAN, ESQ. | 919 MARKET STREET, 11TH FLOOR | | WILMINGTON | DE | 19801 |
| FRANK GAUDIOSO | C/O FRANCIS N. CIPRERO, ESQ. | UNITED ENGINEERS BLDG. | 30 S. 17TH ST. | | PHILADELPHIA | PA | 19103 |
| FRANK GAUDIOSO | 2952 S. SYDENHAM STREET | | | | PHILADELPHIA | PA | 19145-4923 |
| HILLSBORO PARTNERS | C/O MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | 1201 N. ORANGE ST., SUITE 400 | | WILMINGTON | DE | 19801 |
| HOLMDEL COMMONS, LLC | C/O MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | 1201 N. ORANGE ST., SUITE 400 | | WILMINGTON | DE | 19801 |
| INDIANA SECRETARY OF STATE | 201 STATE HOUSE | | | | INDIANAPOLIS | IN | 46204 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 WEST WASHINGTON ST., ROOM E-111 | | | INDIANAPOLIS | IN | 46204 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SERVICE | 2970 MARKET ST. | MAIL STOP 5-Q30.133 | | | PHILADELPHIA | PA | 19104-5016 |
| JOHN M. SCARDAPANE | ATTN: COLE SCHOTZ P.C. | C/O NORMAN L. PERNICK & DAVID W. GIATTINO | 500 DELAWARE AVE., SUITE 1410 | | WILMINGTON | DE | 19801 |
| JOHN M. SCARDAPANE | ATTN: COLE SCHOTZ P.C. | C/O STUART KOMROWER | COURT PLAZA NORTH | | HACKENSACK | NJ | 07601 |
| JVSW, LLC | C/O WEIR & PARTNERS LLP | ATTN: WALTER WEIR, JR., ESQ. | 1339 CHESTNUT STREET, SUITE 500 | | PHILADELPHIA | PA | 19107 |
| JVSW, LLC | C/O WEIR & PARTNERS LLP | ATTN: JEFFREY S. CIANCIULLI, ESQ. | 824 N. MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801 |
| JVSW, LLC | C/O WEIR & PARTNERS LLP | ATTN: KENNETH E. AARON, ESQ. | 824 N. MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801 |
| LORRAINE SCHIEFER | C/O GARY SALOMON | 375 CEDAR LANE | | | TEANECK | NJ | 07666 |
| LORRAINE SCHIEFER | 126 LINCOLN PLACE | | | | WALDWICK | NJ | 07643 |
| MARYLAND SECURITIES COMMISSIONER | OFFICE OF THE ATTORNEY GENERAL | DIVISION OF SECURITIES | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2020 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | CONSUMER PROTECTION DIVISION | ANTITRUST AND FRANCHISE UNIT | 670 LAW BUILDING | | LANSING | MI | 48913 |
| MINNESOTA DEPARTMENT OF COMMERCE | 85 7TH PLACE EAST, SUITE 500 | | | | ST. PAUL | MN | 55101-2198 |
| MUFSON HOWE HUNTER & COMPANY LLC | C/O BLANK ROME LLP | ATTN: ALAN M. ROOT, ESQ. | 1201 MARKET ST., SUITE 800 | | WILMINGTON | DE | 19801 |
| MUFSON HOWE HUNTER & COMPANY LLC | C/O BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE, ESQ. | ONE LOGAN SQUARE | 130 N. 18TH ST. | PHILADELPHIA | PA | 19103 |
| NEW YORK STATE DEPARTMENT OF LAW | BUREAU OF INVESTOR PROTECTION AND SECURITIES | 120 BROADWAY, 23RD FLOOR | | | NEW YORK | NY | 10271 |
| NORTH DAKOTA SECURITIES DEPARTMENT | 600 EAST BOULEVARD, 5TH FLOOR | | | | BISMARCK | ND | 58505-0510 |
| OFFICE OF ATTORNEY GENERAL | FRANCHISE DIVISION | 500 SOUTH SECOND STREET | | | SPRINGFIELD | IL | 62706 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | 844 KING ST., SUITE 2207 | LOCKBOX 35 | | | WILMINGTON | DE | 19899-0035 |
| OFFICE OF THE US ATTORNEY GENERAL | ATTN: MATTHEW DENN | CARVEL STATE OFFICE BUILDING | 820 N. FRENCH ST. | | WILMINGTON | DE | 19801 |
| ORACLE AMERICA, INC. | C/O MAGNOZZI & KYE, LLP | ATTN: AMISH DOSHI, ESQ | 23 GREEN STREET, SUITE 302 | | HUNTINGTON | NY | 11743 |
| ORACLE AMERICA, INC. & ORACLE CREDITOR CORPORATION | C/O BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 55 SECOND ST., 17TH FLOOR | | SAN FRANCISCO | CA | 94105-3493 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | P.O. BOX 898 | | DOVER | DE | 19903 |
| SECRETARY OF STATE | STATE OF NEW YORK | 41 STATE STREET | | | ALBANY | NY | 11231 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: DANIEL M. HAWKE, REGIONAL DIRECTOR | 1617 JOHN F KENNEDY BLVD | STE 520 | | PHILADELPHIA | PA | 19103-1805 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F ST. NE | | | WASHINGTON | DC | 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR | 3 WORLD FINANCIAL CENTER, SUITE 400 | | | NEW YORK | NY | 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281-1022 |
| STATE CORPORATION COMMISSION | DIVISION OF SECURITIES AND RETAIL FRANCHISING | 1300 EAST MAIN STREET, 9TH FLOOR | | | RICHMOND | VA | 23219 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. | 1000 N. WEST STREET, SUITE 1278 | | | WILMINGTON | DE | 19801-1697 |
| SW ACQUISITION COMPANY, LLC | C/O KATTEN MUCHIN ROSENMAN LLP | ATTN: PAIGE E. BARR | 525 W. MONROE ST. | | CHICAGO | IL | 60661-3693 |

Exhibit A

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| SW ACQUISITION COMPANY, LLC | C/O WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: MARK L. DESGROSSEILLIERS & ERICKA F. JOHNSON | 222 DELAWARE AVE., SUITE 1501 | | WILMINGTON | DE | 19801 |
| THE CITY OF PHILADELPHIA | CITY OF PHILADELPHIA LAW DEPT. | ATTN: MEGAN N. HARPER | MUNICPAL SERVICES BLDG. | 1401 JFK BLVD., 5TH FLOOR | PHILADELPHIA | PA | 19102-1595 |
| U.S. FOODS, INC. | F/K/A U.S FOODSERVICE, INC. | 9755 PATUXENT WOODS DRIVE | | | COLUMBIA | MD | 21046 |
| UNINSURED EMPLOYERS GUARANTY FUND | PO BOX 1774 | | | | HARRISBURG | PA | 17105 |
| US ATTORNEY'S OFFICE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS | 1007 ORANGE ST STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899-2046 |
| WISCONSIN SECURITIES COMMISSIONER | SECURITIES AND FRANCHISE REGISTRATION | 345 W. WASHINGTON AVENUE | | | MADISON | WI | 53703 |
| WS FINANCE, LLC | C/O WEIR & PARTNERS LLP | ATTN: WALTER WEIR, JR., ESQ. | 1339 CHESTNUT STREET, SUITE 500 | | PHILADELPHIA | PA | 19107 |
| WS FINANCE, LLC | C/O WEIR & PARTNERS LLP | ATTN: JEFFREY S. CIANCIULLI, ESQ. | 824 N. MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801 |
| WS FINANCE, LLC | C/O WEIR & PARTNERS LLP | ATTN: KENNETH E. AARON, ESQ. | 824 N. MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801 |