# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SALADWORKS, LLC |
| **Case Number:** | 15-10327-LSS    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 28, 2015 10:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

### *Matter:*

Sale

**R / M #:** 268 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Continued to 6/16/15
#2 - CNO filed and Order signed
#3 - Sale approved - revised order due