IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SALADWORKS, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | |
| | Ref. Nos. 219, 261, 262 and 263 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to the above captioned debtor and debtor-in-possession (the "Debtor") hereby certify as follows to the best of my knowledge, information and belief:

1. On February 17, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (as amended or modified, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On May 7, 2015, the Debtor filed the *Motion For Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 219] (the "Sale Motion").

3. The Debtor received several formal and informal responses (the "Responses") to the Sale Motion from the following entities: (i) V&C Salads, LLC, Mixed Greens, LLC and Coastal Consulting and Management Services, Inc. [Docket No. 261]; (ii) Oracle America, Inc., as successor in interest to MICROS Systems, Inc., . [Docket No. 262]; (iii) Federal Realty

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's corporate office and the mailing address is 161 Washington Street, Suite 300, Conshohocken, PA 19428.

{1045.002-W0036787.}

Investment Trust [Docket No. 263]; (iv) Streamwood Associates/Mt. Laurel, L.L.C; (v) John M. Scardapane and Eatnic, LLC; (vi) Holmdel Commons; and (vii) U.S. Foods (collectively, the "Objectors").

4. Prior to the hearing on May 28, 2015 (the "Sale Hearing"), the Debtor consensually resolved all of the Responses received by the Objectors, with the resolution of certain of the Responses subject to the inclusion of language into a revised form of order approving the Sale Motion (the "Revised Sale Order"), as discussed on the record at the Sale Hearing.

5. Additionally, at the Sale Hearing, the Court requested certain additional revisions to the Revised Sale Order be made. The Debtor has modified the Revised Sale Order to incorporate these requests and to embody the resolutions of the Responses as set forth on the Record at the Sale Hearing, a copy of which is attached hereto as **Exhibit 1**. For the Court's convenience, a blackline of the Revised Sale Order against the proposed form of order provided to Her Honor at the Sale Hearing is attached hereto as **Exhibit 2**.

6. The Revised Sale Order was circulated to counsel to the Buyer, the Office of the United States Trustee, the Official Committee of Unsecured Creditors and to the Objectors whose resolutions required the addition of language into the Revised Sale Order – none of whom have objected to the entry of the Revised Sale Order.

**[Remainder of Page Intentionally Left Blank]**

7. Accordingly, the Debtor respectfully requests that the Court enter the Revised Sale Order at its earliest convenience.

Dated: May 28, 2015
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown
---
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com

*Counsel to the Debtor and Debtor-In-Possession*