**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Saladworks, LLC, | : | Case No. 15-10327 (LSS) |
| | : | |
| | : | FIRST AMENDED NOTICE OF APPOINTMENT OF |
| Debtor. | | COMMITTEE OF UNSECURED CREDITORS* |
| --------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Sovran LLC,** Attn: Ramin Katirai, 5003 Overlea Ct., Bethesda, MD 20816, Phone: 301-320-1250

2. **Michael Bartell**, 2867 Mill Rd., Doylestown, PA 18902, Phone: 215-534-2865

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 17, 2015

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Counsel: Adam Landis, Esquire, Phone: (302) 467-4410, Fax: (302) 467-4450

*Amended to reflect the resignation of Eight Tower Bridge Development Associates as of June 16, 2015.