**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| SW Liquidation, LLC, | : | Case No. 15-10327 (LSS) |
| | : | |
| | : | SECOND AMENDED NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS* |
| Debtor. | | |
| ---------------------------------- | | |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.     **Sovran LLC,** Attn: Ramin Katirai, 5003 Overlea Ct., Bethesda, MD 20816, Phone: 301-320-1250

2.     **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 North Wacker Dr., Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374


    ANDREW R. VARA
    Acting United States Trustee, Region 3


    /s/ Jane M. Leamy for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: July 21, 2015

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Counsel:  Adam Landis, Esquire, Phone: (302) 467-4410, Fax: (302) 467-4450

*Amended to reflect (i) the resignation of Michael Bartell and (ii) the addition of GGP Limited Partnership, both as of July 20, 2015.