IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SW LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10327 (LSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 5, 2015 AT 10:00 A.M.[2]
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

**MATTERS GOING FORWARD:**

1. Motion of John M. Scardapane for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 194; Filed on 4/28/15].

    Response Deadline: May 12, 2015 at 4:00 p.m. Extended to May 14, 2015 at 12:00 p.m. for the Debtor and the Official Committee of Unsecured Creditors.

    Responses Received:

    A. Objection of WS Finance, LLC and JVSW, LLC to Motion of John M. Scardapane for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 232; Filed on 5/12/15].

    B. Objection of the Official Committee of Unsecured Creditors to the Motion of John M. Scardapane for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 238; Filed on 5/14/15].

    C. Response in Support of Motion of John M. Scardapane for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 239; Filed on 5/14/15].

    D. Omnibus Response of John M. Scardapane to Objection of WS Finance, LLC and JVSW, LLC to Motion for an Order Authorizing and Directing the Debtor to Advance Expenses and to Objection of the Official Committee of Unsecured Creditors [Docket No. 244; Filed on 5/14/15].

    E. Supplemental Submission in Further Support of the Objection of WS Finance, LLC and JVSW, LLC to Motion of John M. Scardapane for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 415; Filed on 7/31/15].

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's mailing address is P.O. Box 440, Gladwyne, PA 19035.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1045.002-W0037673.}

Related Documents:

F. Notice of Filing of Revised Order Granting Motion of John M. Scardapane to Direct the Debtor to Advance Expenses [Docket No. 339; Filed on 7/1/15].

G. Supplemental Submission on Behalf of John M. Scardapane in Further Support of Motion for an Order Directing the Debtor to Advance Expenses [Docket No. 360; Filed on 7/10/15].

H. Declaration of Norman L. Pernick in Support of Supplemental Submission on Behalf of John M. Scardapane in Further Support of Motion for an Order Directing the Debtor to Advance Expenses [Docket No. 361; Filed on 7/10/15].

I. Second Supplemental Submission of John M. Scardapane in Further Support of His Motion for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 394; Filed on 7/24/15].

J. Supplemental Declaration of Norman L. Pernick in Further Support of the Motion of John M. Scardapane for an Order Authorizing and Directing the Debtor to Advance Expenses [Docket No. 395; Filed on 7/24/15].

Status: This matter is going forward.

2. Motion of the Debtor for Entry of an Order (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Solicitation and Confirmation of the Plan; (C) Approving Solicitation and Notice Procedures Related thereto; (D) Approving the Forms of the Ballot and the Notices in Connection Therewith; (E) Establishing Voting and General Tabulation Procedures; and (F) Granting Related Relief [Docket No. 337; Filed on 7/1/15].

Response Deadline: July 29, 2015 at 4:00 p.m. Extended to July 30, 2015 at 4:00 p.m. for the United States Trustee.

Responses Received:

A. Informal Comments received from the United States Trustee.

B. Informal Comments received from the Official Committee of Unsecured Creditors

C. Informal Comments received from SW Acquisition Company, LLC.

D. Objection of WS Finance, LLC & JVSW, LLC to Motion of the Debtor for Entry of Order (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Solicitation and Confirmation of the Plan; (C) Approving Solicitation and Notice Procedures Related thereto; (D) Approving the Forms of the Ballot and the Notices in Connection Therewith; (E) Establishing Voting and General Tabulation Procedures; and (F) Granting Related Relief; and to the Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 404; Filed on 7/29/15].

E. Debtor's Reply in Support of Motion of the Debtor for Entry of an Order (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Solicitation and Confirmation of the Plan; (C) Approving Solicitation and Notice Procedures Related thereto; (D) Approving the Forms of the Ballot and the Notices in Connection Therewith; (E) Establishing Voting and General Tabulation Procedures; and (F) Granting Related Relief [Docket No. 413; Filed on 7/31/15].

F. Reply of the Official Committee of Unsecured Creditors in Support of the Motion of the Debtor for Entry of an Order (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Solicitation and Confirmation of the Plan; (C) Approving Solicitation and Notice Procedures Related thereto; (D) Approving the Forms of the Ballot and the Notices in Connection Therewith; (E) Establishing Voting and General Tabulation Procedures; and (F) Granting Related Relief; and to the Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 421; Filed on 8/3/15].

Related Documents:

G. Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 335; Filed on 7/1/15].

H. Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 336; Filed on 7/1/15].

I. Notice of Hearing on the Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 338; Filed on 7/1/15].

J. Amended Notice of Hearing on the Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 347; Filed on 7/7/15].

K. Amended Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 417; Filed on 8/3/15].

L. Amended Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 418; Filed on 8/3/15].

M. Blackline Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 419; Filed on 8/3/15].

N. Blackline Disclosure Statement for the Plan of Liquidation of SW Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 420; Filed on 8/3/15].

O. Notice of Filing of Revised Proposed Order [Docket No. 422; Filed on 8/3/15].

<u>Status</u>:  The informal responses of the United States Trustee, the Official Committee of Unsecured Creditors and SW Liquidation, LLC have been resolved pursuant to the Amended Disclosure Statement and Plan.  This matter is going forward.

Dated: August 3, 2015
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com

*Counsel to the Debtor and Debtor-In-Possession*