# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SW LIQUIDATION, LLC,[1] | Case No. 15-10327 (LSS) |
| Debtor. | Ref. Nos. 379, 414 and 442 & 447 |

## ORDER GRANTING THE DEBTOR'S SECOND MOTION FOR AN ORDER EXTENDING ITS EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCE THERETO PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)

Upon the *Debtor's Second Motion for an Order Extending its Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Bankruptcy Code Section 1121(d)* (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution;[3] and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is necessary and appropriate and in the best interests of the Debtor's estate and its creditors; and good and sufficient cause appearing therefor; it is hereby

---

[1] The last four digits of the Debtor's tax identification number are (7282). The Debtor's mailing address is P.O. Box 440, Gladwyne, PA 19035.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[3] Pursuant to Local Rule 9013-1(f), the Debtor hereby confirms its consent to entry of a final order by this Court in connection with this Motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

{1045.002-W0037536.2}

ORDERED that the Motion is GRANTED; and it is further

ORDERED that pursuant to Bankruptcy Code section 1121(d) and Bankruptcy Rule 9006(b)(1), the Debtor's Exclusive Plan Period is extended through and including September 17, 2015 and the Debtor's Solicitation Period is extended through and including November 13, 2015; and it is further

ORDERED that this Order is without prejudice to the Debtor's right to seek further extensions of the time within which to extend the Exclusive Periods; and it is further

ORDERED that notwithstanding anything to the contrary herein, if the Court enters a final order denying confirmation of the Plan and the Debtor seeks to further extend the Exclusive Periods, the Committee may either (i) seek to terminate any further extended Exclusive Periods or (ii) object to any request to further extend the Exclusive Periods, as applicable, and have such motion or objection heard on shortened notice; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 19, 2015
Wilmington, Delaware

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge